FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS CRAIG PARSLEY,<br><br>    Defendant. | No.   1:20-CR-02001-SAB-1<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER** |

Before the Court is the Government's Unopposed Motion for Discovery Protective Order, ECF No. 36. The motion was considered without oral argument and on an expedited basis. The Government is represented by Michael Murphy and Defendant is represented by Ben Hernandez.

Defendant is charged with distribution of child pornography and attempted production of child pornography. The Government requests that the Court enter a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1) to prevent dissemination of certain discovery materials that contain sensitive personal information and identifiers. ECF No. 36 at 1. In particular, the Government seeks to limit access and dissemination of a recorded interview of Defendant in which he discussed actions he took in furtherance of his alleged crimes, including personal information of those he interacted with in the course of his actions and actions he

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER * 1**

took regarding a then-minor child. *Id.* at 2. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Unopposed Motion for Discovery Protective Order, ECF No. 36, is **GRANTED**.

2. A Protective Order is **ENTERED** as follows:

(a) Defense Counsel shall not share or provide any Protected Information produced by the United States in this case with anyone other than designated Defense Counsel and his defense investigators, retained expert witnesses, and support staff. Defense Counsel may permit his defendant to view the unredacted discovery items in the presence of Defense Counsel and his defense investigators and support staff. Defense Counsel, personally or through Defense Counsel's investigators and support staff, may show unredacted discovery items to witnesses in regard to items or events about which a witness may have personal knowledge. Defense Counsel and his investigators and support staff shall not allow the defendant or witnesses to copy Protected Information contained in the discovery.

(b) The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel will return the discovery to the United States or will certify that it has been shredded. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been shredded.

(c) Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to the Protective Order.

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER * 2**

(d) Defense Counsel shall be responsible for advising his client/defendant, employees, witnesses, and other members of the defense team of the contents of the Protective Order.

(e) The Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 21st day of May 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER * 3**