FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DOUGLAS PARSLEY,<br><br>                Defendant. | No. 1:20-CR-02001-SAB-1<br><br>**ORDER REJECTING STIPULATED PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** |

Before the Court is the parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 52. The parties agree and request the Court enter a stipulated protective order regarding computer forensic review procedures of child pornography evidence in this case pursuant to 18 U.S.C. § 3509(m). However, the Court is concerned by the fact that this is a Yakima case and that defense counsel is stationed in Yakima, but the Government is only making the evidence available in Spokane. The Court therefore declines to enter the proposed stipulated protective order at this time.

**ORDER REJECTING STIPULATED PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 52, is **REJECTED** with leave to renew.

2. A renewed stipulated protective order **shall** allow Defendant's counsel and team to view the evidence in a Government building in Yakima, Washington, or, in the alternative, explain why the evidence must be viewed in Spokane, Washington.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 17th day of February 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER REJECTING STIPULATED PROTECTIVE ORDER RE:
COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD
PORNOGRAPHY CONTRABAND * 2**